# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 30, 2019

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

159384

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellant,

v

DANIEL RAY BEAN,
      Defendant-Appellee.

SC: 159384
COA: 342953
Muskegon CC: 17-000174-FC

_____/

      On order of the Chief Justice, the Muskegon Circuit Court shall, in accordance with Administrative Order 2003-03, determine whether the defendant-appellee is indigent and, if so, appoint attorney Mary Chartier to represent him in the proceedings before this Court.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 30, 2019



Clerk